1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   RICHARD JACKSON,                         CASE NO.  02 5481 REC SMS P

10                        Plaintiff,

11        v.                                  ORDER REQUIRING PLAINTIFF TO FILE
                                              OPPOSITION OR STATEMENT OF NON-
                                              OPPOSITION TO DEFENDANT'S MOTION
12   HASADRI, et. al.,                        TO DISMISS WITHIN THIRTY DAYS

13                        Defendant.          (Doc.  41)
     _____/

14

15          Richard Jackson  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action filed pursuant to 42 U.S.C. § 1983.

17          On March 28, 2005, Defendants filed a Motion to Dismiss the action on the basis of

18   Plaintiff's failure to exhaust administrative remedies.  To date, Plaintiff has not filed an

19   Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules.

20   Local Rule 78-230(m).

21          Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff

22   shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss.  **Plaintiff is**

23   **forewarned that his failure to file an Opposition or Statement of Non-opposition in**

24   **compliance with this order will result in a Recommendation that this action be dismissed,**

25   **without prejudice, for failure to obey a court order and failure to prosecute.**

26   IT IS SO ORDERED.

27   **Dated:    June 15, 2005**              _____/s/ Sandra M. Snyder_____
     icido3                                   UNITED STATES MAGISTRATE JUDGE
28