UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON,<br><br>          Plaintiff,<br><br>vs.<br><br>HASADRI, et al.,<br><br>          Defendants.<br>_____/ | 1:02-cv-05481-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 44)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Richard Jackson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 15, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 15, 2005, are ADOPTED IN FULL;

2. This action, filed pursuant to 42 U.S.C. § 1983, is DISMISSED; and,

3. Any and all pending motions are DENIED as MOOT.

IT IS SO ORDERED.

**Dated: September 15, 2005**          /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE